*Receipt # 11089371*
*$13.34  2/17/2010*

# MARK S. WALLACH
### Trustee in Bankruptcy

United States Bankruptcy Court               169 Delaware Avenue
Western District of New York                 Buffalo, New York 14202
Telephone (716) 852-1835

February 16, 2010

United States Bankruptcy Court
Western District of New York
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202

                                 Re:    John A. Gugino
                                             BK NO. 08-11271K

Dear Sir or Madam:

       I have stopped payment on the following dividend checks issued in the above-captioned case:

       Claim No. 5 - Check No. 107 dated October 13, 2009 made payable to Verizon, AFNI/Verizon East, P.O. Box 3037, Bloomington, IL, 61702-3037 for $13.34. Dividend check mailed to record address - check remains uncashed.

       I am herewith enclosing my Trustee check payable to the Clerk of the U.S. Bankruptcy Court for the sum of $13.34 representing the check specified hereinabove.

       Should you have any questions, please contact the undersigned.

                                       Very truly yours,

                          BY:        Mark S. Wallach, Trustee

MSW:sn
Enclosure



FILED
FEB 1 7 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

# Claims Proposed Distribution

## Case: 08-11271   GUGINO, JOHN A

Report Includes ONLY Claims with a Proposed Distribution

**Case Balance:** $2,600.55　　　**Total Proposed Payment:** $2,600.55　　　**Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
|  | MARK S. WALLACH <2200-00 Trustee Expenses> | Admin Ch. 7 | 3.36 | 3.36 | 0.00 | 3.36 | 3.36 | 2,597.19 |
|  | MARK S. WALLACH <2100-00 Trustee Compensation> | Admin Ch. 7 | 650.14 | 650.14 | 0.00 | 650.14 | 650.14 | 1,947.05 |
|  | PENNEY, MAIER & WALLACH <3120-00 Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 10.34 | 10.34 | 0.00 | 10.34 | 10.34 | 1,936.71 |
|  | PENNEY, MAIER & WALLACH <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 543.50 | 543.50 | 0.00 | 543.50 | 543.50 | 1,393.21 |
| 2 | TARGET NATIONAL BANK | Unsecured | 3,898.21 | 3,898.21 | 0.00 | 3,898.21 | 389.02 | 1,004.19 |
| 3 | PYOD LLC its successors and assigns as assignee of | Unsecured | 1,919.76 | 1,919.76 | 0.00 | 1,919.76 | 191.58 | 812.61 |
| 5 | VERIZON | Unsecured | 133.66 | 133.66 | 0.00 | 133.66 | 13.34 | 799.27 |
| 6 | American Express Centurion Bank | Unsecured | 8,009.29 | 8,009.29 | 0.00 | 8,009.29 | 799.27 | 0.00 |
|  | **Total for Case 08-11271 :** |  | **$15,168.26** | **$15,168.26** | **$0.00** | **$15,168.26** | **$2,600.55** |  |

## CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $1,207.34 | $1,207.34 | $0.00 | $1,207.34 | 100.000000% |
| **Total Unsecured Claims :** | $13,960.92 | $13,960.92 | $0.00 | $1,393.21 | 9.979357% |



FILED FEB 17 2010 BANKRUPTCY COURT BUFFALO, N.Y.